UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES KENNINGTON, | ) |
| Plaintiff, | ) |
| vs. | ) 1:02-cv-0648-JDT-TAB |
| MARION COUNTY SHERIFF FRANK ANDERSON, in his official capacity, | ) |
| Defendant. | ) |

**ORDER AWARDING ADDITIONAL FEES**

The Plaintiff's Petition for Additional Attorney's Fees is **GRANTED IN PART** and the court awards $3,755 in additional attorneys' fees to the Plaintiff.

ALL OF WHICH IS ORDERED this 31st day of October 2005.

Laura A. Briggs, Clerk
United States District Court

_Evelyn A. Hollins_
By Evelyn A. Hollins, Deputy Clerk

John Daniel Tinder, Judge
United States District Court

Copies to:

Michael K. Sutherlin
msutherlin@michaelsutherlin.com

Andrew J. Mallon
amallon@indygov.org

Nicholas D. Conway
nconway@michaelsutherlin.com